# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2023-0254**
Cary Trant Jefferson v. State of Alabama (Appeal from Madison Circuit Court: CC-16-1084.80)

## NOTICE

You are hereby notified that on July 19, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk